UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Anthony W. Ishii
Chief United States District Judge
Fresno, California

                               RE:    ANGULO, Trinidad
                                         Docket Number:  1:06CR00059-04 AWI
                                         **PERMISSION TO TRAVEL**
                                         **OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Sonora, Mexico.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On December 17, 2007, Trinidad Angulo was sentenced for the offense of Conspiracy to Distribute and to Posses With the Intent to Distribute Cocaine.

**Sentence imposed:**  The releasee was sentenced to 51 months Bureau of Prisons, 36 months supervised release, $100 special assessment fee, and mandatory drug testing.

**Dates and Mode of Travel:**  The releasee will be traveling by vehicle, and his dates of travel are July 15, 2010, to July 29, 2010

**Purpose:**  The releasee and his family would like to visit family members in Mexico.

**RE:** ANGULO, Trinidad
       Docket Number:   1:06CR00059-04 AWI
       <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>


                              Respectfully Submitted,

                              /s/ Marlene K. DeOrian

                              **MARLENE K. DEORIAN**
                              **Senior United States Probation Officer**

**DATED:**   June 30, 2010
             Fresno, California
             mkd


**REVIEWED BY:**   /s/ Hubert J. Alvarez
                   **HUBERT J. ALVAREZ**
                   **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved     **X**                              Disapproved _____

IT IS SO ORDERED.

Dated:   July 3, 2010                    _____
                                         CHIEF UNITED STATES DISTRICT JUDGE