UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Anthony W. Ishii
Chief United States District Judge
Fresno, California

RE:  ANGULO, Trinidad
Docket Number:  1:06CR00059-04 AWI
**PERMISSION TO TRAVEL**
**OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Tijuana, Mexico.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On December 17, 2007, Trinidad Angulo was sentenced for the offense of Conspiracy to Distribute and to Posses With the Intent to Distribute Cocaine.

**Sentence imposed:**  The releasee was sentenced to 51 months Bureau of Prisons, 36 months supervised release, $100 special assessment fee, and mandatory drug testing.

**Dates and Mode of Travel:**  The releasee will be traveling by vehicle, and his dates of travel are March 31, 2011, to April 4, 2011.

**Purpose:**  The releasee would like to seek dental treatment in Mexico.

**RE:** ANGULO, Trinidad
Docket Number:   1:06CR00059-04 AWI
<u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully Submitted,

/s/ Marlene K. DeOrian

**MARLENE K. DEORIAN**
**Senior United States Probation Officer**

**DATED:**   March 14, 2011
Fresno, California
mkd

**REVIEWED BY:**   /s/ Hubert J. Alvarez
**HUBERT J. ALVAREZ**
**Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved   **X**          Disapproved _____

IT IS SO ORDERED.

Dated:   March 15, 2011                      /s/ [signature]
                                    CHIEF UNITED STATES DISTRICT JUDGE